■   THERESA NICOSIA, Appellant, v. VICTOR DRAPER, SR., Respondent.— Judgment and order unanimously affirmed, without costs of this appeal to either party.   (Appeal from judgment of Monroe Trial Term for defendant

for no cause of action, in an automobile negligence action. The order denied a motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.